

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO:                                                         RE:

 USDC-Clerks Office                         CIVIL ACTION #.  C.A. 05-4688 L

 Eastern District of Louisiana                  Barberie, et al.  v.  Merck & Co.


Dear Clerk:

 Please be advised that an order transferring the above entitled action to your court was entered on  9/27/05  by the  MDL Panel .

 The following documents are included in our file and transmitted herewith:

  ( X ) Certified copy of the docket entries;

  ( X ) Certified copy of the transferral order;

  ( X ) Original documents numbered  1 - Complaint

  (X)  Copy of Transfer Letter

 Kindly acknowledge receipt of the above on the copy of this letter.

            Respectfully,

            SARAH A. THORNTON
            CLERK OF COURT

Date:   11/15/05                                   By: /s/ Karen Folan
            Deputy Clerk


cc: Counsel, File

---

 The documents listed above were received by me on _____ and assigned the following case number:_____.

            By:_____
            Deputy Clerk


(Transfer Cover Letter.wpd - 3/7/2005)